IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHUVINDER KUMAR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>EMILIO T. GONZALES, San Francisco District Director, MICHAEL CHERTOFF, Secretary of Department of Homeland Security and MICHAEL MUKASEY, Attorney General of the United States,<br><br>　　　　Respondents. | No. C 07-6391 CW (PR)<br><br>ORDER TO SHOW CAUSE |

　　Petitioner, in the custody of Respondents, seeks a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner is represented by counsel.

　　For good cause shown,

　　The Clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto on Respondent and Respondent's attorney, the United States Attorney for the Northern District of California.  The Clerk also shall send a copy of the petition to the Attorney General of the United States in Washington, D.C.  The Clerk shall also serve a copy of this Order on Petitioner and his counsel.

　　The briefing schedule on Petitioner's petition is as follows:

1.  Respondent shall file with the Court and serve on Petitioner and his counsel, within thirty days of the issuance of this order, an answer responding to the allegations of the petition and showing cause why a writ of habeas corpus should not be issued. Respondent shall file and serve with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

2.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty days of receipt of the answer.

SO ORDERED.

DATED:  12/27/07

_____
CLAUDIA WILKEN
United States District Judge

2

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

RAGHUVINDER KUMAR,

        Plaintiff,

  v.

EMILIO T. GONZALES et al,

        Defendant.

Case Number: CV07-06391 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashwani K. Bhakhri  
Joseph John Siguenza  
Law Offices of Ashwani K. Bhakhri  
1290 Old Bayshore Highway, Suite 800  
Burlingame, CA 94010

Emilio T. Gonzales  
San Francisco District Director  
Immigration and Customs Enforcement  
630 Sansome Street  
San Francisco, CA 94102

Michael Chertoff, Secretary  
Department of Homeland Security  
Washington, DC 20528

Michael Mukasey  
Attorney General of the United States  
U.S. Department of Justice  
Washington, D.C. 20530

U.S. Attorney  
Northern District of California  
450 Golden Gate Avenue

3

| | |
|---|---|
| 1 | San Francisco, CA  94102 |
| 2 | |
| 3 | Dated: December 27, 2007 |
| | Richard W. Wieking, Clerk |
| | By: Sheilah Cahill, Deputy Clerk |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28