IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAGHUVINDER KUMAR,

    Petitioner,

  v.

EMLIO T. GONZALEZ, SF District Director; MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; MICHAEL MUKASEY, Attorney General of the United States,

    Respondents.

        No. C 07-06391 CW

        **JUDGMENT**

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Raghuvinder Kumar's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

    Dated at Oakland, California, this 6th day of May, 2008.

        RICHARD W. WIEKING
        Clerk of Court

By: *Sheilah Cahill*
    SHEILAH CAHILL
    Deputy Clerk